IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:17-cr-111-GMB |
| | ) | |
| CHRISTA NICOLE CALDWELL | ) | |

## **O R D E R**

Upon consideration of the Motion to Dismiss the Information, it is ORDERED that the motion (Doc. 12) is granted.

DONE this 6th day of July, 2017.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE